# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

October 2, 2013

146926

ELSON BAUR, TIMOTHY IRION,
SANDRA IRION, MICHAEL
ARMBRUSTER, Trustee, PAUL STECKER,
HEIDI STECKER, ROGER GREMEL,
DOROTHY GREMEL, KEN FIEBIG,
DONALD FIEBIG, FREDERICK BAUER,
ALICE BAUER, MARK BAUER, JAMES
BAUER, LARRY ADAM, MARY LOU
ADAM, DAVID LUTZ, DANA LUTZ,
RICHARD GREMEL TRUST, WALTER
GREMEL, LORRAINE PRIEBE, THOMAS
PRIEBE, GRUEHN FARMS II, AHAFIA
HINTON, WALTER GREMEL, MARILYN
ELENBAUM TRUST, GERALD
ELENBAUM TRUST, DARWIN SNELLER,
KATHY SNELLER, DWIGHT JACOBS,
DORIS JACOBS, POELMA LAND
COMPANY, ROBERT HAAG, MARJORIE
ELENBAUM, DENNIS FRITZ, RANDALL
FRITZ, RANDALL ELENBAUM, EDWARD
OESCHGER TRUST, LES SCHAPER,
TRACY SCHAPER, RON AND ELAINE
GAYARI TRUST, JAMES GREMEL,
CINDY GREMEL, CHRIS GAYARI,
HELEN GAYARI, STEVE GAYARI,
ACTIVE FEED COMPANY, RAN-CYN
FARMS, INC., STEVE GREMEL, PATTI
GREMEL, RANDY SCHULZE, KEN
KASSERMAN, SHIRLEY KASSERMAN,
TERRY RENN, UW FARMS, L.L.C., ERIC
AND REBECCA MILLER TRUST, JAMES
KROHN, and BETTY TOWNLEY,
    Plaintiffs-Appellants,

v

INTERNATIONAL TRANSMISSION
COMPANY,
    Defendant-Appellee.

SC: 146926
COA: 309664
Huron CC: 12-105001-CC

_____/

On order of the Court, the application for leave to appeal the February 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk

p0925